IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AIDAN LARDIZABAL and MAYRA ALEJANDRA PUENTES, on behalf of themselves and all others similarly situated,<br><br>v.<br><br>THE VANGUARD GROUP, INC., et al. | CIVIL ACTION<br><br>NO. 24-1577 |

### ORDER

**AND NOW**, this 6th day of June, 2024, it is hereby **ORDERED** that Defendant the Vanguard Group, Inc.'s Motion to Dismiss (ECF No. 13) is **GRANTED** without prejudice for the reasons stated in the foregoing memorandum.

BY THE COURT:

  /s/ Michael M. Baylson  
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 24\24-1577 Lardizabal v Vanguard\24-1577 Order re MTD.docx